FILED
HARRISBURG, PA

DEC 23 2024

PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# Dr. Bhagwan Aggarwal

110 November Drive Apt 4

Camp Hill, PA 17011

(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 1:24-CV-2220

(to be supplied by Clerk
of the District Court)

v.

# Dr. Anil Nair

# Dr. Sharon Watkins

# Dr. Wendy Braund

(Pennsylvania Department of Health)

(Enter above the full name of
the defendant(s) in this action)

COMPLAINT

1. The plaintiff **Dr. Bhagwan Aggarwal** a citizen of

the County of **Cumberland** State of

Pennsylvania, residing at **110 November Drive, Apt 4, Camp Hill**

wishes to file a complaint under 442 Employment: Performance Rating Act of 1950 5:4303.(Harassment and Retaliation at State Public Health Agency)

(give Title No. etc.)

442 Employment: Performance Rating Act of 1950 5:4303.(Harassment and Retaliation at State Public Health Agency)

2. The defendant is **Dr. Anil Nair, Dr. Sharon Watkins, and Dr. Wendy Braund**

**(employees of Pennsylvania Department of Health)**

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) I have received determinations for my cases of

3. (CONTINUED) Pennsylvania Human Relations Commission (PHRC) case # 202201586  and

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC Case # 17F202360425) and got an dismissal notice

"Right to Sue" from EEOC on September 24, 2024 (copy attached). Now I would like to sue the individuals listed as defendants

for discrimination, harassment, and retaliations during my employment at the Pennsylvania Department of Health (PADOH).

After I complained discrimination and harassments by my then my then supervisor, Dr. Anil Nair to Dr. Sharon Watkins (Bureau Director),

Pennsylvania Bureau of Equal Opportunity (BEO), and Dr. Wendy Braund (Deputy Secretary, PADOH), Dr. Nair gave me in retaliation a negative and poor

Employee Performance Review (EPR) with several fraudulent and false statements. The EPR also violated the Pennsylvania State

Management Directive MD504.7 on EPR, and requested Dr. Wendy Braund to revoked the fraudulent EPR and change my Supervisor.

My Supervisor, Dr. Anil Nair, further escalated the retaliations and harassment, and I dual filed PHRC case 202201586 and

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC Case # 17F202360425), but the retaliation and harassment did not stop

and I had to leave the PADOH employment on May 5, 2023 by accepting a lower civil service position.

4. WHEREFORE, plaintiff prays that The fraudulent EPR should be removed from my civil service

and to make Dr. Anil Nair and the chain of command (Dr. Watkins - Bureau Director, Dr. Braund - Deputy Secretary) accountable

and liable to the harm they did to my health and my career at the Pennsylvania State Department of Health.

Dr. Anil Nair not only abused his state provided privileges as a supervisor to discriminate, harass and intimidate me but also

harmed my health and my state career in Public Health and I had to leave and work at lower pay grade in another agency.

I request for the removal of Dr. Anil Nair for the harassment and retaliation, and Dr. Sharon Watkins and Dr. Wendy Braund

for their negligence to act on, from the state public health agency - PADOH to protect the public health. I would request for

Jury and the compensation for my time and the harm to my health and damage to my career advancement in Public Health.

(Signature of Plaintiff)

**Bhagwan Aggarwal**

(Printed Name of Plaintiff)

**110 November Drive**

Apt 4

Camp Hill, PA 17011.

(Address of Plaintiff)

**215.738.0640**

(Phone Number of Plaintiff)